```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30921
    PATRICIA ANN BABLES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0217


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/08/2005 and was confirmed 09/21/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  98.55% from remaining funds.

      The case was paid in full 10/22/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
 PEOPLES GAS LIGHT & COKE  UNSECURED             .00              .00             .00
 HSBC MORTGAGE             CURRENT MORTG         .00              .00             .00
 OVERLAND BOND & INVESTME  UNSECURED         9139.73              .00         9007.48
 OVERLAND BOND & INVESTME  SECURED           5600.00           285.88         5600.00
 AMERICAN GENERAL FINANCE  SECURED NOT I   NOT FILED              .00             .00
 AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED              .00             .00
 AMERICAN GENERAL FINANCE  UNSECURED         2804.12              .00         2763.54
 ADT HOME SECURITY         UNSECURED       NOT FILED              .00             .00
 ALLSTATE                  UNSECURED       NOT FILED              .00             .00
 AMGNL                     UNSECURED       NOT FILED              .00             .00
 AMERICAN GENERAL FINANCE  UNSECURED OTH     386.98              .00          381.33
 ARIZONA MAIL ORDER CO     UNSECURED       NOT FILED              .00             .00
 AT & T WIRELESS           UNSECURED       NOT FILED              .00             .00
 AVON PRODUCTS             UNSECURED       NOT FILED              .00             .00
 BLACK EXPRESSIONS         UNSECURED       NOT FILED              .00             .00
 BLACK EXPRESSIONS         NOTICE ONLY     NOT FILED              .00             .00
 ASSET ACCEPTANCE CORP     UNSECURED           89.90              .00           88.60
 ASSET ACCEPTANCE CORP     NOTICE ONLY     NOT FILED              .00             .00
 BUD MARLOW FURNITURE      UNSECURED       NOT FILED              .00             .00
 BUD MARLOW FURNITURE      NOTICE ONLY     NOT FILED              .00             .00
 CAPITAL ONE BANK          UNSECURED         1807.92              .00         1781.76
 CAPITAL ONE BANK          UNSECURED         1059.79              .00         1044.45
 CHECK & GO OF ILLINOIS    UNSECURED       NOT FILED              .00             .00
 LORETTA SMITH DDS         UNSECURED       NOT FILED              .00             .00
 GINNYS                    UNSECURED          370.84              .00          365.47
 ILLINOIS DEPT OF HUMAN S  UNSECURED       NOT FILED              .00             .00
 NCO FINANCIAL SYSTEMS IN  NOTICE ONLY     NOT FILED              .00             .00
 LABORATORY CORP OF AMERI  UNSECURED       NOT FILED              .00             .00
 WORLD FINANCIAL NETWORK   UNSECURED          276.10              .00          272.10
 WORLD FINANCIAL NETWORK   UNSECURED          637.08              .00          627.86
 LOYOLA MEDICAL PRACTICE   UNSECURED       NOT FILED              .00             .00
 MEDCLR                    NOTICE ONLY     NOT FILED              .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30921 PATRICIA ANN BABLES
```

```
MIDNIGHT VELVET           UNSECURED          133.86              .00         131.92
PDL FINANCIAL SERVICES    UNSECURED          187.92              .00         185.20
BLITT & GAINES            UNSECURED       NOT FILED              .00            .00
WORLD FINANCIAL NETWORK   UNSECURED          585.63              .00         577.16
PARAGON WAY INC           UNSECURED          423.16              .00         417.04
PARAGON PARKWAY           NOTICE ONLY     NOT FILED              .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          215.73              .00         212.61
SEVENTH AVENUE            UNSECURED          487.39              .00         480.34
SPRINT                    UNSECURED       NOT FILED              .00            .00
SWISS COLONY              UNSECURED       NOT FILED              .00            .00
TELECHECK SERVICES        UNSECURED       NOT FILED              .00            .00
BUREAUS                   UNSECURED       NOT FILED              .00            .00
TRIVENT FINANCIAL BANK    UNSECURED       NOT FILED              .00            .00
WOW INTERNET AND CABLE    UNSECURED       NOT FILED              .00            .00
WOW INTERNET CABLE        NOTICE ONLY     NOT FILED              .00            .00
HSBC MORTGAGE             SECURED NOT I      605.70              .00            .00
WORLD FINANCIAL NETWORK   UNSECURED          224.44              .00         221.19
JEFFERSON CAPITAL SYSTEM  UNSECURED          475.25              .00         468.37
LEDFORD & WU              DEBTOR ATTY      2,174.05                         2,174.05
TOM VAUGHN                TRUSTEE                                           1,713.65
DEBTOR REFUND             REFUND                                              677.39
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  29,477.39

PRIORITY                                                    .00
SECURED                                                5,600.00
    INTEREST                                             285.88
UNSECURED                                             19,026.42
ADMINISTRATIVE                                         2,174.05
TRUSTEE COMPENSATION                                   1,713.65
DEBTOR REFUND                                            677.39
                         ---------------          ---------------
TOTALS                   29,477.39                    29,477.39

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/28/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                           PAGE   2
       CASE NO. 05 B 30921 PATRICIA ANN BABLES